IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:12-00015-01

SIR JEFFREY SCOTT CARROLL
    also known as "Ace"

## ORDER

On March 5, 2012, the Court held a hearing on Defendant's Motion to Compel (ECF No. 49). For the reasons stated on the record, the Motion is **GRANTED in part** and **DENIED in part**.

Specifically, the motion is **GRANTED** as to the individuals identified as CS-1 and CS-2. The United States is directed to disclose, as soon as reasonably possible, the full name and address of CS-1, and any investigatory file and *Giglio* material on that individual. The United States is directed to disclose, by March 12, 2012, the full name and address of CS-2, and any investigatory file and *Giglio* material on that individual. The motion is **DENIED** as to disclosure of the two individuals purportedly seen by CS-1 purchasing heroin from the Defendant on December 9, 2011. The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the U.S. Attorney's Office, the U.S. Probation Office, and the U.S. Marshals' Service.

        ENTER:    March 5, 2012

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE